RECEIVED
AUG 17 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

STEPHEN P. KELLY,
General Delivery,
U.S. Post office,
Livingston, MT 59047,
   Plaintiff,

vs.

DAN COX, in his official
capacity, and GRACE BAPTIST

(1)

CHURCH, an Iowa corporation, 904 19th Street., Harlan, Iowa 51537,

    Defendant(s).

CIVIL COMPLAINT

Comes now the Plaintiff in the above styled action and does show cause for complaint as follows:

(1) This is an action sustained by, STEPHEN P. KELLY, hereinafter, Plaintiff KELLY, and sues the defendant's jointly, DAN COX, in his official capacity, and GRACE BAPTIST CHURCH, an Iowa corporation, alleging:

(A) Medical interference, and
(B) Unlawful rendition of medical advice.

(2)

## PARTIES

(2) Plaintiff STEPHEN P. KELLY, is a former resident of Harlan-Iowa, and had in fact inquired directly with Pastor Dan Cox, as to KELLY, soon attending the Grace Baptist church entity over which Pastor Dan Cox obtains oversight of!

(3) capacity defendant, DAN COX, is in fact the associate pastor of the Grace Baptist church, and acts in his official capacity as such!

(4) Corporate defendant's, GRACE BAPTIST CHURCH, is an Iowa corporation, and exists as a religious based entity, obtaining church services to a widespread numeration of local Harlan-Iowa citizen's!

(3)

JURISDICTION AND VENUE

(5) This federal court obtains subject matter jurisdiction over this case based upon diversity of citizenship, where the parties are citizens of different states. 28 U.S.C. § 1332.

(6) The Plaintiff party now resides outside of the diverse state of Iowa!

(7) Joint defendant's, are citizen's of the State of Iowa, and have resided in Iowa at all times material to this action.

(4)

(8) Venue is proper in the Southern District of Iowa because each event giving rise to this action accrued in the Southern District of Iowa. 28 U.S.C. § 1391.

STATEMENT OF FACTS

(9) During the concise month of April, 2022, Plaintiff KELLY, and capacity defendant, DAN COX, did in fact obtain a telephone conversation in concerns of KELLY, rising much earlier than he actually was able pursuant to the sincere medical aspects, and based upon a sincere and firm medication prescription prescribed at the hands of a competent physician!

(5)

(10) Defendant, Cox, without any competent medical knowledge, or without any license in which to practice medicine with the Iowa State medical board, did in fact engage into a severe predicate act of; severe medical interference, and clear quotes existing of; the unlawful rendition of medical advice addressed to Plaintiff KELLY!

(11) Despite KELLY'S clear notation to defendant Cox, Pastor Cox, then still yet provided medical advice to KELLY, to right out ignore the firm medical advice of KELLY'S primary physician, in the licensed physician clearly directing KELLY, to take each evening at bed time a very heavy dose of sleeping medication, "[Quetiapine]", and the physician making most clear to KELLY, to refrain from

(6)

rising at an early a.m. hour, or attempting to stand at an early hour, sufficing KELLY'S quality safty, where he should not rise from his bed-side until a much later hour!!

(12) Defendant, COX, obtaining 100% clear foreknowledge of this firm and non-flexible direction per KELLY'S physician, as was clearly noted to COX, by KELLY, he/COX, still yet, despite the competent opinion of a medical professional, advised KELLY, to rise at an early hour every sunday-morning in which to attend the Grace Baptist church!!

(13) In an attempt in which to comply with defendant COX, and his most incompetent direction for KELLY, to rise at a much earlier

(7)

a.m. hour, PLAINTIFF KELLY, did in fact attempt to rise up and stand at an earlier a.m. hour on Sunday morning, however, in accepting Pastor COX, advice KELLY, in fact fell to the ground very harshely, and was injured upon the physical aspects, and struck his head upon the ground resulting into now severe permenant injury and damages, caused and brought upon at the hands of defendant, COX, acting in his official capacity as an oversight personnel of the official Grace Baptist church entity!

CLAIM ONE

(14) Defendant's, without a medical license, or without any competent medical knowledge, did clearly provide to Plaintiff, certain medical advice with clear

(8)

Knowing and intent!

### CLAIM TWO

(15) Defendant's, with clear knowing of incompetent medical knowledge, did cause severe physical and permenant injury upon Plaintiff!

### RELIEF

WHEREFORE, upon the premises considered, it is most respectfully requested upon this Hon. court, the entry of a judgment as follows:

(A) A civil jury trial is requested.

(B) Find the civil complaint to be plausible upon its face.

(9)

(C) Find that a clear cognizable legal theory is here alleged showing that the defendant's are in fact liable for the misconduct alleged!

(D) Find that Plaintiff, has in fact alleged sufficient facts in support of a cognizable legal theory, where this court can draw a reasonable inference upon which relief may be granted.

(E) Award Plaintiff with actual damage awards in an amount of; $800,000. (Eight hundred thousand dollars, against joint defendant's!

I declare under penalty of perjury the foregoing to be true and correct.

Signed this 9th day of August, 2022.

_Stephen P. Kelly_
(SIGNATURE OF PLAINTIFF)

(11)

Case 1:22-cv-00013-RGE-SBJ  Document 1  Filed 08/17/22  Page 12 of 12

Stephen
General Delivery.
U.S. Post office.
Livingston, Montana 59047





U.S. POSTAGE PAID
FCM LG ENV
EAST HELENA, MT
59635
AUG 09, 22
AMOUNT
$1.68
R2305M144299-44

TO: Clerk, United States District Court.
Federal Courthouse.
2146 27th Ave., Rm. #100.
Council Bluffs, Iowa 51501

RECEIVED
AUG 17 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA